# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MENDOZA, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>CRYSTAL BAY CASINO, LLC,<br><br>    Defendant | Case No.: 2:23-cv-00368-APG-EJY<br><br>**Order** |

    Plaintiffs Fernando Mendoza and Sophia Mendoza filed this putative class action based on a data breach at defendant Crystal Bay Casino, LLC. ECF No. 1.  The plaintiffs filed this action in the unofficial southern division of the court.  But according to the complaint, the plaintiffs live in Reno and Crystal Bay is a resort in the Lake Tahoe area. *Id.* at 2, 4.  Under Local Rule LR IA 1-8(a), civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose.

    I THEREFORE ORDERED that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiffs regarding any federal limitation period and filing fee.

    Dated this 9th day of March, 2023.

                                                                      ANDREW P. GORDON<br>                                                                     United States District Judge